THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD WALLACE BAUER, Defendant-Appellant.

(No. 56086;

First District (1st Division)—May 14, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Fred Shandling and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Ronald G. Maimonis and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.